UNITED STATES BANKRUPTCY COURT
For the Southern District of New York

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIAMI METALS I, Inc., et al. | ) | Case No. 18-13559-SHL |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| COÖPERATIEVE RABOBANK U.A., NEW YORK BRANCH, BROWN BROTHERS HARRIMAN & CO., BANK HAPOALIM B.M., MITSUBISHI INTERNATIONAL CORPORATION, ICBC STANDARD BANK PLC, TECHEMET METAL TRADING, LLC, WOODFOREST NATIONAL BANK and HAIN CAPITAL INVESTORS MASTER FUND, LTD., | ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-ap-01061-SHL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CROWE LLP, | ) ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** the initial telephonic status conference requested by Plaintiffs [Docket No. 17] (the "Hearing") will commence on April 7, 2020, at 10:30 a.m., prevailing Eastern Time, before The Honorable Sean H. Lane, in the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to General Order M-543, entered by Chief Judge Cecelia G. Morris on March 20, 2020, "all attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference, must refer to [Judge Lane]'s guidelines for telephonic appearances and make arrangements with Court Solutions LLC" per the instructions

in General Order M-543.

Dated: April 1, 2020

SOLOMON & CRAMER LLP

By: /s/Andrew T. Solomon
    Andrew T. Solomon
    asolomon@solomoncramer.com

1441 Broadway, Ste. 6026
New York, NY 10018
(t)(212) 884-9102
(f)(516) 368-3896

*Attorneys for Plaintiffs*