**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Adversary Proceeding No. 20-01061-SHL**

| | |
|---|---|
| COÖPERATIEVE RABOBANK U.A., New York Branch; BROWN BROTHERS HARRIMAN & CO.; BANK HAPOALIM B.M.; MITSUBISHI INTERNATIONAL CORPORATION; ICBC STANDARD BANK PLC; TECHEMET METAL TRADING, LLC; WOODFOREST NATIONAL BANK and HAIN CAPITAL INVESTORS MASTER FUND, LTD., <br><br>   Plaintiffs,<br><br>vs.<br><br>CROWE LLP,<br><br>   Defendant. | Hon. Sean H. Lane |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE *INSTANTER* SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND**

  This matter coming to be heard on the Defendant's Motion for Leave to File *Instanter* its Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Abstention and Remand (Dkt. 23), due notice having been given and the Court having been duly advised, it is hereby ordered that the motion is GRANTED.

Dated: April 10, 2020         ENTERED:

                       */s/ Sean H. Lane*
                       United States Bankruptcy Judge